Dismissed and Opinion filed January 30, 2003









Dismissed and Opinion filed January 30, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-01259-CV

____________

 

STEVEN
WALLACE BISCHOFF, Appellant

 

V.

 

BRENDA
QUATTRONE BISCHOFF, Appellee

 



 

On Appeal from the 245th District Court

Harris
County, Texas

Trial Court Cause No. 00-09776

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed October 25, 2002.

On January 27, 2003, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1(a)(2).  The motion is
granted.

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

 

Judgment rendered and Opinion
filed January 30, 2003.

Panel consists of Justices
Edelman, Seymore, and Guzman.